JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SHIRLEY LINDSAY,                                ) Case No. CV 15-01683 DDP (Ex)
                                               )
                 Plaintiffs,                   ) **ORDER OF DISMISSAL**
                                               )
        v.                                     )
                                               )
JONES MANAGEMENT-LA TIJERA,                    )
INC., a California corporation,                )
                                               )
                 Defendants.                   )
_____               )
                                               )
                                               )

        THE COURT having been notified of settlement of this matter by counsel,

        THE COURT ORDERS that this action be, and hereby is, dismissed without

prejudice.

        THE COURT to retain jurisdiction for a period of 60 days to enforce the terms of the

settlement.

        The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: May 16, 2016

                                        DEAN D. PREGERSON
                                        United States District Judge